United States Court of Appeals
Fifth Circuit

**F I L E D**

June 22, 2004

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-41457
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GUILLERMO CUELLAR-TORRES,

Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. M-03-CR-549-1
---------------------

Before BARKSDALE, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Guillermo Cuellar-Torres (Cuellar) pleaded guilty to being a

previously-deported alien unlawfully present and found in the

United States without permission, in violation of 8 U.S.C.

§ 1326(a). The district court sentenced Cuellar to 41 months'

imprisonment, followed by two years' supervised release.

Cuellar argues that the district court's factual finding

underlying his denial of a downward departure was clearly

erroneous. This court has no jurisdiction to review the district

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

court's decision because "the court's refusal is based on its determination that the departure is not warranted on the facts of the case." United States v. Buck, 324 F.3d 786, 797 (5th Cir. 2003). This portion of Cuellar's appeal is DISMISSED.

Cuellar also argues that the offense for which he was indicted has a maximum sentence of two years' imprisonment because the indictment did not allege that he had a prior conviction for an aggravated felony. See 8 U.S.C. § 1326(a), (b). Cuellar acknowledges that his argument is foreclosed by Almendarez-Torres v. United States, 523 U.S. 224, 235 (1998), but he asserts that the decision has been cast into doubt by Apprendi v. New Jersey, 530 U.S. 466, 490 (2000). He seeks to preserve his argument for further review.

Apprendi did not overrule Almendarez-Torres. See Apprendi, 530 U.S. at 489-90; United States v. Dabeit, 231 F.3d 979, 984 (5th Cir. 2000). This court must follow Almendarez-Torres "unless and until the Supreme Court itself determines to overrule it." Dabeit, 231 F.3d at 984 (internal quotation marks and citation omitted). This part of the district court's judgment is AFFIRMED.

APPEAL DISMISSED FOR LACK OF JURISDICTION IN PART; AFFIRMED IN PART.